UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARLENE EGBANOR,

    Plaintiff,

v.                                           Case No: 2:13-cv-329-FtM-38UAM

OTAAL 3, INC. and RAVNEET SINGH,

    Defendants.
_____/

## ORDER[1]

On January 16, 2014, seeing that this matter had settled, the Court entered an Order administratively closing the case. (Doc. #21). Upon further review, the Court notes that this is a case brought pursuant to the Fair Labor Standards Act and therefore is subject to review in order to determine whether the settlement is a "fair and reasonable resolution of a bona fide dispute." Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1354-55 (11th Cir. 1982). Therefore, the Court will vacate its previous Order and direct the Plaintiff to submit the settlement documents for review attached to a joint motion for approval of an FLSA settlement agreement.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

(1) This Court's January 16, 2014 Order (Doc. #21) is **vacated**. The Clerk of Court is directed to make a notation on the docket sheet that this Order is vacated. The Clerk is further directed to remove the administrative closure of this case in CM/ECF.

(2) The Plaintiffs are hereby directed to file a joint motion with the Court requesting the Court's approval of the FLSA settlement agreement in compliance with Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1354-55 (11th Cir. 1982).

(3) The joint motion shall include a copy of the settlement agreement signed by all parties, a brief description of the terms of the settlement, the number of hours and lost wages originally claimed by the Plaintiff and whether or not the Plaintiff's claims were settled by compromise, as well as the Plaintiff's Counsel's attorney's fees and costs and whether or not said fees and costs were negotiated separately from the FLSA claim.

(4) The Plaintiff shall provide the Court with said information in a motion on or before **February 7, 2014.**

**DONE** and **ORDERED** in Fort Myers, Florida this 17th day of January, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record