UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARLENE EGBANOR,

    Plaintiff,

v.                                        Case No:  2:13-cv-329-FtM-38CM

OTAAL 3, INC. and RAVNEET SINGH,

    Defendants.
_____/

## ORDER

This matter comes before the Court on review of the file.  This is a case brought pursuant to the Fair Labor Standards Act and has settled.  (Doc. #20).  On January 17, 2014, this Court entered an Order noting that the settlement is subject to review in order to determine whether the settlement is a "fair and reasonable resolution of a bona fide dispute."  Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1354-55 (11th Cir. 1982).  Therefore, the Court directed the Plaintiff to submit the settlement documents for review attached to a joint motion for approval of an FLSA settlement agreement.  On February 7, 2014, Plaintiff filed a "Response" (Doc. #24), merely setting forth the amount of the settlement and attached the settlement agreement.  This does not comply with the Court's Order.  Plaintiff is once again directed to submit the settlement documents for review attached to a joint motion for approval of an FLSA settlement agreement with a memorandum of legal authority in support of Plaintiff's request for the Court to approve the settlement pursuant to Lynn's Foods, as required by Local Rule 3.01(a).

    Accordingly, it is now

**ORDERED:**

Plaintiff shall have up to and including **March 7, 2014**, to submit the settlement documents for review attached to a joint motion for approval of an FLSA settlement agreement in compliance with the above.

**DONE** and **ORDERED** in Fort Myers, Florida this 2nd day of March, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record