UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARLENE EGBANOR,

    Plaintiff,

v.                                                      Case No:   2:13-cv-329-FtM-38CM

OTAAL 3, INC. and RAVNEET
SINGH,

    Defendants.
_____/

### **ORDER**[1]

      This matter comes before the Court on Plaintiff Marlene Egbanor and Defendants Otaal 3, Inc. and Ravneet Singh's Joint Response to Order (Doc. #26) filed on March 8, 2014.[2]  This matter was brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201m *et seq.*, for recovery of unpaid overtime wages.  (Doc. #1).

      The parties have advised the Court that they have settled in this matter.  (Doc. #24, 26).  Plaintiff alleged Defendants owed her $3,945.60 in unpaid overtime under the two-year statute of limitations (Doc. #1), and she has accepted $4,000 as a settlement

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

[2] On March 3, 2014, the Court directed Plaintiff, for a second time, to submit settlement documents attached to a joint motion for approval of the FLSA settlement agreement under *Lynn's Food Stores Inc. v. United States*, 679 F.2s 1350 (11th Cir. 1982), as required by Middle District of Florida Local Rule 3.01(a).  (Doc. #25).

amount (Doc. #26).  Since Plaintiff's FLSA claim was not compromised, the Court need not review the settlement for fairness.  See Lynn's Food Stores, Inc. v. United States Dep't of Labor, 679 F.2d 1350, 1352 (11th Cir. 1982); King v. My Online Neighborhood, Inc., No. 6:06-cv-435-Orl-22JGG, 2007 WL 737575, at *3 (M.D. Fla. Mar. 7, 2007) ("Where the employer offers the plaintiff full compensation on h[er] FLSA claim, no compromise is involved and judicial approval is not required.") (citation omitted). Therefore, the case is dismissed without need to approve the settlement.

Accordingly, it is now

**ORDERED:**

1. Plaintiff's Complaint (Doc. #1) is hereby **DISMISSED with prejudice**.
2. The Clerk of Court is directed to enter judgment accordingly, terminate all previously scheduled deadlines and pending motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 25th day of March, 2014.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record